**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00446-CV**
_____


**PATRICIA MAYERS ECKWOOD, Appellant**

**V.**

**RICHARD L. PFIRMAN, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 17-30065**

**MEMORANDUM OPINION**

On November 20, 2017, we notified the parties that an extension of time to file a notice of appeal was required because the notice of appeal was filed late, but within the extension time permitted under the applicable appellate rule. *See* Tex. R. App. P. 26.3. The appellant, Patricia Mayers Eckwood, did not respond to the Court's notice and did not file a motion for extension of time to file a notice of appeal.

1

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. No motion for extension of time was filed. *See* Tex. R. App. P. 26.3. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 10, 2018
Opinion Delivered January 11, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.